```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                Civil No. 04-3448 (MJD/AJB)
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V.                                    ) | ORDER FOR DISMISSAL |
| ) | WITHOUT PREJUDICE |
| 2002 BOB CAT, ET AL.,         ) | |
| ) | |
| DEFENDANTS.          ) | |

Pursuant to the Stipulation For Dismissal Without Prejudice, which stipulation is incorporated herein by reference, it is

ORDERED that this action be dismissed without prejudice, each party to bear their own costs, disbursements, and attorney's fees herein.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 27, 2006

s / Michael J. Davis
MICHAEL J. DAVIS
UNITED STATES DISTRICT COURT JUDGE